# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2750
_____

TONY M. MIMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

September 25, 2018


PER CURIAM.

DISMISSED.

RAY, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tony M. Mims, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.